UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHANDLER LYNN O., o/b/o G.M.T., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-01783-MPB-CSW |
| | ) |
| FRANK BISIGNANO Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's *Motion to Lift Stay*. (Dkt. 11).

Due to a lapse in federal funding causing a prohibition on Defendant Commissioner's non-emergency work, a stay had previously been entered in this case. (Dkt. 10). The government cessation has now ended, and Defendant has filed the instant *Motion*, proposing new deadlines. Defendant submits an unopposed request to extend the deadline to file the Certified Administrative Record to December 26, 2025.

The Court hereby **GRANTS** Defendant's Motion to Lift Stay. (Dkt. 11). Defendant shall have until **December 26, 2025** to file the Certified Administrative Record.

**SO ORDERED.**

Date: November 20, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically via ECF to counsel of record.